MICHELLE L. RICE (SBN 235189)
LAW OFFICES OF ROBERT KORY
9300 Wilshire Blvd., Suite 200
Beverly Hills, CA 90212
Tel (310) 285-1633; Fax (310) 278-7641
mrice@rbklaw.com

K. ANDREW KENT (SBN 130097)
RINCON VENTURE LAW GROUP
2815 Townsgate Road, Suite 215
Westlake Village, California 91361
Telephone: (805) 557-0580
Facsimile: (805) 557-0480
akent@rincongroup.com

Attorneys for Plaintiff / Counter-Defendant
PROJECT PLAYLIST, INC.

LINCOLN D. BANDLOW (SBN 170449)
lbandlow@lathropgaee.com
AMBER D. HENRY (SBN 247624)
ahenry@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA  90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Defendants
Domain Licensing Corporation, Domain Holding
Corporation and Breht Burri

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROJECT PLAYLIST, INC.,<br>　　　　Plaintiff,<br>　vs.<br>DOMAIN LICENSING CORPORATION; DOMAIN HOLDING CORPORATION, BREHT BURRI, an individual, DOES 1 THROUGH 25,<br>　　　　Defendants<br>_____<br>AND RELATED COUNTERCLAIM<br>_____ | Case No.: CV10-4484 DMG (PLAx)<br><br>**JOINT STATUS REPORT RE STATUS OF BANKRUPTCY PROCEEDINGS, PER DECEMBER 10, 2011 MINUTE ORDER** |

- 1-

JOINT STATUS REPORT RE BANKRUPTCY

Counsel for Plaintiff and Counter-Defendant Project Playlist, Inc. and counsel for Defendants and Counterclaimants Domain Licensing Corporation, Domain Holding Corporation and Breht Burri respectfully submit this Joint Status Report pursuant to the Court's December 10, 2010 Minute Order.

Bankruptcy Case No. 2:10-bk-42927-TD (together with Jointly Administered Case No. 2:10-bk-42946-TD) remains pending in the United States Bankruptcy Court for the Central District of California.  Thus, this District Court action (CV10-4484 DMG (PLAx)) is not ready to proceed.

Most recently, the Bankruptcy Court on April 28, 2011 entered an Order granting a Joint Motion to Further Extend Exclusive Period to File and Gain Acceptance of Plan of Reorganization.  By that Order, the Bankruptcy Court extended the exclusive period under which only the Debtors may file a plan of reorganization to May 31, 2011, and to extend the period to gain acceptance of any such plan to August 31, 2011.

Respectfully submitted,

DATED:  May 12, 2011            LAW OFFICES OF ROBERT KORY
                                                  And
                                RINCON VENTURE LAW GROUP


                                By: _/s/ K. Andrew Kent_____
                                     K. Andrew Kent
                                     Attorneys for Plaintiff/Counter-Defendant
                                     Project Playlist, Inc.

DATED:  May 16, 2011            LATHROP & GAGE LLP


                                By:_____ / s /_____
                                     Lincoln Bandlow
                                     Attorneys for Defendants/Counter-
                                     Claimants Domain Licensing
                                     Corporation, Domain Holding
                                     Corporation and Breht Burri