AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DISTRICT OF CA__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>CV10 4484 | DATE FILED<br>6/17/2010 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CA |
|---|---|---|
| PLAINTIFF<br>PROJECT PLAYLIST, INC. | | DEFENDANT<br>DOMAIN LICENSING CORPORATION; DOMAIN HOLDING CORPORATION, BURRI, an individual, DOES 1 THROUGH 25 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 77739547 | | Domain Licensing Corporation |
| 2 | 77739550 | | Domain Licensing Corporation |
| 3 | 77807586 | | Project Playlist, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Civil Minutes of 9/27/2013, Staying Action Pursuant to the Automatic Bankruptcy Stay. |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>9/30/2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

(CORRECTED CASE NO.)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action; my business address is 2815 Townsgate Road, Suite 215, Westlake Village, CA 91361.

On July 2, 2010, I served the foregoing document CORRECTED REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK on the interested parties in said action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

> Mail Stop 8
> Director of the U.S. Patent and Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450

X **BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.

☐ **(VIA E-MAIL)** to
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(VIA OVERNIGHT MAIL)** by using express mail service and causing to be delivered overnight next day delivery a true copy thereof to the person(s) at the address set forth above.

☐ **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

X (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed at Westlake Village, California on July 2, 2010.

*Adriene Harris*

---
Adriene Harris