MICHELLE L. RICE (SBN 235189)
LAW OFFICES OF ROBERT KORY
9300 Wilshire Blvd., Suite 200
Beverly Hills, CA 90212
Tel (310) 285-1633; Fax (310) 278-7641
mrice@rbklaw.com

K. ANDREW KENT (SBN 130097)
RINCON VENTURE LAW GROUP
2815 Townsgate Road, Suite 215
Westlake Village, California 91361
Telephone: (805) 557-0580
Facsimile: (805) 557-0480
akent@rincongroup.com

Attorneys for Plaintiff / Counter-Defendant
PROJECT PLAYLIST, INC.

LINCOLN D. BANDLOW (SBN 170449)
lbandlow@lathropgaee.com
AMBER D. HENRY (SBN 247624)
ahenry@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Defendants
Domain Licensing Corporation, Domain Holding
Corporation and Breht Burri

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROJECT PLAYLIST, INC.,<br>　　　　Plaintiff,<br>　　vs.<br>DOMAIN LICENSING CORPORATION; DOMAIN HOLDING CORPORATION, BREHT BURRI, an individual, DOES 1 THROUGH 25,<br>　　　　Defendants<br>_____<br>AND RELATED COUNTERCLAIM<br>_____ | Case No.: CV10-4484 DMG (PLAx)<br><br>**JOINT STATUS REPORT RE STATUS OF BANKRUPTCY PROCEEDINGS, PER DECEMBER 10, 2010 MINUTE ORDER** |

Counsel for Plaintiff and Counter-Defendant Project Playlist, Inc. and counsel for Defendants and Counterclaimants Domain Licensing Corporation, Domain Holding Corporation and Breht Burri respectfully submit this Joint Status Report pursuant to the Court's December 10, 2010 Minute Order.

Bankruptcy Case No. 2:10-bk-42927-TD (together with Jointly Administered Case No. 2:10-bk-42946-TD) remains pending in the United States Bankruptcy Court for the Central District of California.  Thus, this District Court action (CV10-4484 DMG (PLAx)) is not ready to proceed.

There have been no significant events in the bankruptcy action since the parties' last joint status report, other than matters pertaining to adversary actions.

                                      Respectfully submitted,

DATED:  October _22, 2013      LAW OFFICES OF ROBERT KORY
                                                  And
                                    RINCON VENTURE LAW GROUP

                                    By: __/s/ K. Andrew Kent_____
                                      K. Andrew Kent
                                      Attorneys for Plaintiff/Counter-
                                      Defendant Project Playlist, Inc.

DATED:  October 29, 2013        LATHROP & GAGE LLP

                                    By:___/s/ Lincoln  Bandlow_____
                                      Lincoln Bandlow
                                      Attorneys for Defendants/Counter-
                                      Claimants Domain Licensing
                                      Corporation, Domain Holding
                                      Corporation and Breht Burri